cc: Order, transmittal letter and docket sheet sent to LASC, Case No. BC 523809

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXECUTIVE CONSULTING, INC., | CASE NO. 14-CV-00894-RSWL (MRWx) |
| Plaintiff, | Hon. Ronald S.W. Lew |
| vs. | **ORDER REMANDING TO CALIFORNIA SUPERIOR COURT** |
| VAL E. KILMER, | |
| Defendant. | |

///
///
///

## **ORDER**

The Court, having considered the parties Stipulation to Remand to California Superior Court and the facts recited therein, and good cause appearing, hereby orders as follows:

1. The Stipulation to Remand to California Superior Court is GRANTED;
2. Case number 2:14-cv-00894-RSWL (MRWx) is remanded to the California Superior Court for the County of Los Angeles (**Case No. BC 523809**); and
3. The Parties shall each bear their own costs, expenses, and attorneys' fees incurred in filing and responding to the Notice of Removal [Dkt. 1] and in connection with the remand of this action.

Dated: 2/20/2014

RONALD S.W. LEW
_____
HON. RONALD S.W. LEW
SENIOR U.S. DISTRICT JUDGE

1

LA 131284323v2